**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | | |
|---|---|---|
| WAYCASTER TIRE SERVICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:22-cv-00269 |
| | ) | |
| UNITED COMMUNITY BANK; | ) | |
| FISERV, INC., and FIRST DATA | ) | |
| MERCHANT SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendants United Community Bank ("UCB"), Fiserv, Inc. ("Fiserv"), and First Data Merchant Services LLC ("FDMS"), (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal of this action from the General Court of Justice, Superior Court Division, State of North Carolina, County of Henderson, to the United States District Court for the Western District of North Carolina, and in support state as follows:

1.      Plaintiff Waycaster Tire Services, Inc. ("Plaintiff") commenced a civil action, styled *Waycaster Tire Services, Inc. v. United Community Bank; Fiserv, Inc.; and First Data Merchant Services, LLC* in the General Court of Justice, Superior Court Division, State of North Carolina, County of Henderson, by filing a Complaint on November 16, 2022, which is currently pending as Case No. 22 CVS 1847.

2.      The Summonses and a copy of Plaintiff's Complaint were served on UCB on November 28, 2022, on Fiserv, Inc. on November 28, 2022, and on FDMS on November 28, 2022. A copy of the Summonses and Complaint are attached to this Notice as **Exhibit A** and constitute all process, pleadings, and orders served in this matter.

3.      As set forth in the Complaint, Plaintiff seeks to recover damages from Defendants

based upon allegations of negligent misrepresentation and negligence.

4. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332(a) in that this is a civil action between citizens of different states and Plaintiff alleges the amount in controversy exceeds the sum or value of $75,000. Defendants deny all liability to Plaintiff.

Specifically, Defendants show the Court this civil action is removable for the reasons set forth below:

a. According to the Complaint, Plaintiff is a corporation organized under the laws of the State of North Carolina with its principal place of business in Henderson County, North Carolina. (Compl. ¶ 1.) Plaintiff is therefore a citizen of North Carolina for purposes of diversity jurisdiction.

b. According to the Complaint, UCB is a corporation based in South Carolina. (Compl. ¶ 2) UCB is a South Carolina chartered bank and has its principal place of business in Greenville, South Carolina. (Decl. of Alan Kumler ¶ 3, attached as **Exhibit B**.) UCB is therefore a citizen of South Carolina for purposes of diversity jurisdiction.

c. According to the Complaint, Fiserv is based in Wisconsin. (Compl. ¶ 2.) Fiserv is organized and operating under the laws of the State of Wisconsin with its principal place of business in Brookfield, Wisconsin. (Decl. of B. Maravent ¶ 3, attached as **Exhibit C**.) Fiserv is therefore a citizen of Wisconsin for purposes of diversity jurisdiction.

d. According to the Complaint, FDMS is a Florida limited liability company. (Compl. ¶ 3.) The sole member of FDMS is First Data Corporation. (*Id.* ¶ 4.) First Data Corporation is a Delaware corporation with its principal place of business in Georgia. (*Id.* ¶ 5.) FDMS is therefore a citizen of Delaware and Georgia for purposes of diversity jurisdiction.

87390914.2

e.      The Complaint alleges an amount in controversy in excess of $75,000, exclusive of interests and costs. 28 U.S.C. § 1332(a). Specifically, Plaintiff alleges damages as a result of the chargeback of three sets of transactions that occurred on December 1, 2021, December 2, 2021, and December 6, 2022. *Id.* The December 1 transactions involved the purchase of 120 diesel truck tires. (Compl. ¶ 13) The December 2 transaction was for "additional orders amounting to over $25,000." (Compl. ¶ 26) Lastly, the December 6 transaction was for "another order for tires that totaled over $42,000," more specifically, $42,289.22. (Compl. ¶¶ 32, 34) Additionally, Plaintiff alleges damages as result of termination of the merchant services agreement for lost sales. (Compl. ¶ 54) Plaintiff has therefore expressly pled damages amounting to $67,289.22 for the December 2 and December 6 transactions. The amount of damages Plaintiff seeks from the December 1 transactions, which involved the purchase of 120 diesel truck tires, and lost sales will exceed the remaining $7,710.78 necessary to reach the jurisdictional threshold. *See, e.g., Jacqueline Wilkins v. Navy Federal Credit Union*, No. 22-CV-02916-SDW-ESK, 2022 WL 17730932, at *5 (D.N.J. Sept. 14, 2022) (holding that the amount-in-controversy is measured by a reasonable reading of the value of the rights being litigated); *Portillo v. Nat'l Freight, Inc.*, 169 F. Supp. 3d 585, 597 (D.N.J. 2016) (denying motion to remand when the defendants' objective and factually-grounded estimates established the requisite amount in controversy by a preponderance of the evidence).

f.      Defendants deny all liability to Plaintiff.

g.      Accordingly, this case is properly removable pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

h.      All named Defendants join in this Notice of Removal.

87390914.2

5.     This Notice of Removal is filed within thirty days after the service of Summons and Complaint on UCB, Fiserv, and FDMS and is therefore timely.

6.     The State Court in which this action was commenced is within this Court's District.

7.     Defendants will promptly file a copy of this Notice of Removal with the Clerk of the General Court of Justice, Superior Court Division, State of North Carolina, County of Henderson, and a copy of this Notice of Removal will also be served on Plaintiff.

8.     Defendants reserve the right to assert all defenses, objections, and counterclaims to Plaintiff's Complaint.

WHEREFORE, Defendants pray that the state court action pending as Case No. 22 CVS 1847 in the General Court of Justice, Superior Court Division, State of North Carolina, County of Henderson, be removed therefrom to this Honorable Court.

Respectfully submitted,

*s/ Mat Groseclose*
Mat Groseclose (NCB #55381)
Polsinelli PC
555 Fayetteville Street, Suite 720
Raleigh, NC 27601
(310) 203-5348
Fax: (310) 861-1859
MGroseclose@Polsinelli.com
*Attorney for Defendants Fiserv, Inc. and First Data Merchant Services LLC*

*s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant (NCB # 49638)
ADAMS AND REESE LLP
1221 Main Street, Suite 1200
Columbia, South Carolina 29201
Telephone: 803-212-4958
Facsimile:  803-779-4749
lyndey.bryant@arlaw.com
*Attorney for United Community Bank*

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. Mail, postage prepaid, and

email on the following counsel of record this 22nd day of December 2022 to:

Jake A. Snider
Taylor Caulk
349 Haywood Road
Asheville, NC 28806
(828) 350-9799
jsnider@ashevillelegal.com
tcaulk@ashevillelegal.com

*Attorneys for Plaintiff*

*s/ Mat Groseclose*
Mat Groseclose

87390914.2